UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GEORGE W. BUFORD ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 3:05-cv-352 |
| ) | 3:01-cr-102 |
| ) | *Collier* |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, Petitioner George W. Buford's ("Petitioner") motion to dismiss the prosecution (Court File No. 14) is **DENIED**, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1) is **DENIED** in its entirety, and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

      **SO ORDERED.**

      **ENTER:**

                                   **/s/**
                                   **CURTIS L. COLLIER**
                                   **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT